```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/25/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
ALLIED IRISH BANKS, p.l.c.,

      Plaintiff,

      v.

BANK OF AMERICA, N.A. and
CITIBANK, N.A.,

      Defendants.

--------------------------------------------------------------- X

BANK OF AMERICA, N.A. and CITIBANK, N.A.,

      Counterclaim and Third-Party Plaintiffs,

      v.

ALLIED IRISH BANKS, p.l.c.,

      Counterclaim-Defendant,

      and

M&T BANK CORPORATION and MANUFACTURERS
AND TRADERS TRUST COMPANY,

      Third-Party Defendants.
--------------------------------------------------------------- X

No. 03 Civ. 3748 (DAB) (GWG)

## STIPULATION AND ORDER

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff/Counterclaim Defendant AIB ("AIB"), Defendant/Third-Party Plaintiff Bank of America, N.A. ("BofA"), and Third-Party Defendants M&T Bank Corporation and Manufacturers and Traders Trust Company (the "M&T Parties"), through their respective counsel of record, that (1) AIB's claims against BofA in the above-captioned action, (2) BofA's

counterclaims against AIB in the above-captioned action and (3) BofA's third-party claims against the M&T Parties in the above-captioned action are hereby dismissed on the merits and in their entirety with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, without award of costs, expenses or attorneys' fees to either party.

Dated: _January 24_, 2012

                                        COOLEY LLP

                                        By: _____
                                                Alan Levine
                                                Ian Shapiro
                                                Jeffrey W. Lang

                                        1114 Avenue of the Americas
                                        New York, NY 10036
                                        Phone: (212) 479-6000

                                        *Attorneys for Plaintiff and Counterclaim Defendant*
                                        *Allied Irish Banks, p.l.c. and Third-Party*
                                        *Defendants M&T Bank Corporation and*
                                        *Manufacturers and Traders Trust Company*

Dated: _January 24_, 2012

                                        MAYER BROWN LLP

                                        By: _____
                                                Richard A. Spehr
                                                Henninger S. Bullock
                                                Therese Craparo

                                        1675 Broadway
                                        New York, New York 10019
                                        Phone: (212) 506-2500

                                        *Attorneys for Defendant and Counterclaim and*
                                        *Third-Party Plaintiff Bank of America, N.A.*

SO ORDERED

_Deborah A. Batts_
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE
01/25/12