```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
ALLIED IRISH BANKS, P.L.C.,

                Plaintiff,

        - against -                      03 Civ. 3748 (DAB)
                                         ORDER
BANK OF AMERICA, N.A., and
CITIBANK, N.A.

                Defendants.
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/26/12

DEBORAH A. BATTS, United States District Judge.

The Court is in receipt of Defendant Citibank, N.A.'s letter of January 11, 2012 and Plaintiff Allied Irish Bank, p.l.c.'s letter of January 17, 2012. Permission to file a Motion for Summary Judgment is denied at this time. This case is over eight years old and it is clear from the complex litigious record that there are a myriad of genuine issues of material fact and that a Motion for Summary Judgment could not be granted but would delay the resolution of the issues by trial inexcusably longer.

Accordingly, the Court sets the following schedule: Proposed Requests to Charge and Proposed Voir Dire shall be submitted by February 29, 2012. A Joint Pre-trial Statement ("JPTS") shall be submitted by February 29, 2012.  The JPTS shall conform to the Court's Individual Practices and Supplemental Trial Procedure Rules. Memoranda of Law addressing those issues raised in the JPTS shall be submitted by February 29, 2012.  Responses to the

Memoranda shall be submitted by March 30, 2012. There shall be no replies.

SO ORDERED.

Dated:   New York, New York
         January 26, 2012

*Deborah A. Batts*
Deborah A. Batts
United States District Judge