UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
ALLIED IRISH BANKS, p.l.c.,  :  No. 03 Civ. 3748 (DAB) (GWG)
      Plaintiff,  :

      v.  :

BANK OF AMERICA, N.A. and  :
CITIBANK, N.A.,  :

      Defendants.  :
------------------------------------------------------------------ X
BANK OF AMERICA, N.A. and CITIBANK, N.A.,  :

      Counterclaim and Third-Party Plaintiffs,  :

      v.  :

ALLIED IRISH BANKS, p.l.c.,  :

      Counterclaim-Defendant,  :

      and  :

M&T BANK CORPORATION and MANUFACTURERS  :
AND TRADERS TRUST COMPANY,  :

      Third-Party Defendants.  :
------------------------------------------------------------------ X

## **DECLARATION OF ALIDA Y. LASKER**

      Pursuant to 28 U.S.C. § 1746, Alida Y. Lasker declares:

1.    I am a member of the Bar of this Court and an associate of Cleary Gottlieb Steen & Hamilton LLP, counsel for defendant Citibank, N.A. ("Citibank").

2.    I submit this declaration in support of Citibank's Motion to Strike AIB's Demand for Trial by Jury.

3. Attached are true and correct copies of the following documents as Exhibits A through UU.

| Exhibit | Document |
| --- | --- |
| A | Memorandum of Law in Opposition to Defendants Bank of America, N.A. and Citibank, N.A.'s Motions to Dismiss the Complaint, dated Sept. 26, 2003 |
| B | Excerpt from Deposition Tr. of Gregory K. Thoreson, dated May 27, 2009 |
| C | Allied Irish Banks, p.l.c.'s Complaint, dated May 23, 2003 |
| D | Allied Irish Banks, p.l.c.'s Amended Complaint, dated Oct. 22, 2009 |
| E | Customer Agreement for Foreign Exchange Prime Brokerage Services, dated as of Sept. 1, 2000 |
| F | International Foreign Exchange Master Agreement, dated as of Mar. 28, 2000; schedule signed Apr. 25, 2000 |
| G | Excerpt from Deposition Tr. of Ralph Partlow, dated June 2, 2009 |
| H | Letter from L.G. Birger to Hon. G.W. Gorenstein, dated June 3, 2009 |
| I | Answer, Counterclaims and Third-Party Complaint of Citibank, N.A., dated Mar. 27, 2006 |
| J | Letter from H. Zelbo to Hon. G.W. Gorenstein, dated May 28, 2009 |
| K | Endorsed Memorandum of Hon. G. W. Gorenstein, so ordered June 5, 2009 |
| L | Answer and Counterclaims to Amended Complaint and Amended Third-Party Complaint of Citibank, N.A., dated January 22, 2010 |
| M | Demand for Jury Trial, dated April 10, 2006 |
| N | Stipulation between AIB and BofA withdrawing AIB's Jury Demand, so ordered December 18, 2009 |
| O | Email chain among E. Price, L. Diamond and J. Navotkoski, dated April 28, 2000 |

| | |
|---|---|
| P | Susan Todd, <u>Bank Has New Name</u>, The Morning Call, Apr. 15, 1999 |
| Q | Email from G. Garth to B. King, dated May 3, 2000 |
| R | B. King Notes, dated April 26, [2000] |
| S | Advisor Authorization Agreement between BofA and Allfirst, dated Aug.30, 2000 |
| T | Email from R. Ray announcing J. Rusnak's promotion to Managing Director, dated June 1, 2001 |
| U | Excerpts from Deposition Tr. of C. Culp, dated January 5, 2012 |
| V | Foreign Exchange and Options Master Agreement Standard Form, dated Nov. 19, 1995 |
| W | Excerpt from Deposition Tr. Of Dr. David F. DeRosa, dated Jan. 11, 2012 |
| X | Expert Report of Dr. David DeRosa, dated Aug. 15, 2011 |
| Y | Expert Report of Richard A. Rua, dated Aug. 15, 2011 |
| Z | AIB's Response to Defendants' Interrogatory Concerning "Fake Trades," dated April 22, 2010 |
| AA | Expert Report of Christopher L. Culp, Ph.D, dated August 15, 2011 |
| BB | Facsimile from Citibank to Allfirst, Apr. 25, 2001 |
| CC | Expert Report of Riccardo Gomes, dated Aug. 15, 2011 |
| DD | Citibank, N.A.'s Responses to Plaintiff's Third Set of Requests for Admission, dated Dec. 3, 2010 |
| EE | Rebuttal Report of Christopher L. Culp, Ph.D., dated Oct. 28, 2011 |
| FF | Plaintiff's Objections and Responses to Defendants' Amended Interrogatories to Plaintiff Allied Irish Banks, p.l.c. Regarding Fake Trades and Phony Confirmations, dated Dec. 23, 2010 |
| GG | Email from J. Rusnak attaching proposed prime brokerage agreement, dated Sept. 6, 2000 |
| HH | First Maryland Bancorp's Funds Management Policy, dated January 20, 1998 |

| | |
|---|---|
| II | Allfirst Financial Inc.'s Funds Management Policy, dated December 14, 1999 |
| JJ | Allfirst Financial Inc.'s Funds Management Policy, dated January 23, 2001 |
| KK | Ludwig Report investigation document entitled "Prime Accounts," |
| LL | Foreign Exchange and Options Master Agreement ("FEOMA") between Merrill Lynch International Bank and First National Bank of Maryland, dated Mar. 14, 1997 |
| MM | FEOMA between Bank of America National Trust and Savings Association and First National Bank of Maryland, dated May 5, 1998 |
| NN | International Swap Dealers Association, Inc. ("ISDA") Master Agreement between Chemical Bank and First National Bank of Maryland, dated Oct. 15, 1992 |
| OO | FEOMA between the Bank of New York and First National Bank of Maryland, dated Apr. 30, 1998 |
| PP | ISDA Master Agreement between the Bank of New York and Allfirst Bank, dated Feb. 1, 2001 |
| QQ | ISDA Master Agreement between First National Bank of Maryland and Franklin P. Perdue, dated May 10, 1996 |
| RR | Email from J. Rusnak to R. Partlow, attaching IFEMA, dated Apr. 4, 2000 |
| SS | Letter from J. Lang to M. Vogele, dated June 28, 2010 |
| TT | G. Garth notes on May 22, 2001 meeting with J. Rusnak and B. Ray |
| UU | Excerpt from Allfirst Financial Inc.'s Form 10-K, filed with the Securities & Exchange Commission, dated Apr. 1, 2002 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of January, 2012.