**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER
212-373-3311

WRITER'S DIRECT FACSIMILE
212-492-0311

WRITER'S DIRECT E-MAIL ADDRESS
rfinzi@paulweiss.com

UNIT 3601, OFFICE TOWER A, BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

December 15, 2015

**VIA ECF AND HAND DELIVERY**

Honorable Deborah A. Batts
U.S. District Court for the
   Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 2510
New York, New York 10007

   *Allied Irish Banks, P.L.C.* v. *Citibank, N.A.*, No. 03 Civ. 3748 (DAB)(GWG)

Dear Judge Batts:

   We write in response to yesterday's e-mail from Your Honor's Chambers attaching a letter from Mr. Rusnak. Although Citibank believes that the subpoena served on Mr. Rusnak is valid and enforceable, and that the Court would benefit from hearing Mr. Rusnak's testimony, we believe that in light of Mr. Rusnak's reference to his Fifth Amendment rights (and consistent with comments made by the Court at the December 8, 2015 conference), Mr. Rusnak should be represented by counsel. Given Mr. Rusnak's reference to his inability to afford counsel, we ask that the Court appointed Mr. Rusnak CJA counsel in this matter. We have conferred with counsel for AIB to see if they would consent to this request; they have informed us that they will submit a letter to the Court setting forth their position.

Respectfully,

Roberto Finzi

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Honorable Deborah A. Batts     2

cc:    Alan Levine (by e-mail)
       Ian Shapiro (by e-mail)
       John F. Baughman (by e-mail)
       Theodore V. Wells, Jr. (by e-mail)