USDC SDNY                Batto, D.
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
                                            :
ALLIED IRISH BANKS, p.l.c.,                 :
                            Plaintiff,      :     Index No. 03 Civ. 3748 (DAB) (GWG)
                                            :
            v.                              :
                                            :
BANK OF AMERICA, N.A.                       :
and CITIBANK, N.A.,                         :
                                            :
                            Defendants.     :
------------------------------------------- X
                                            :
BANK OF AMERICA, N.A.                       :
and CITIBANK, N.A.,                         :
                                            :
                  Counterclaim and          :
                  Third-Party Plaintiffs,   :
                                            :
            v.                              :
                                            :
ALLIED IRISH BANKS, p.l.c.,                 :
                                            :
                  Counterclaim Defendant,   :
                                            :
            and                             :
                                            :
M&T BANK CORPORATION and                    :
MANUFACTURERS AND TRADERS                   :
TRUST COMPANY,                              :
                                            :
                  Third-Party Defendants.   :
------------------------------------------- X

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and

Counterclaim Defendant Allied Irish Banks ("AIB"), Defendant and Third-Party Plaintiff

Citibank ("Citibank"), and Third-Party Defendants M&T Bank Corporation and Manufacturers

and Traders Trust Company ("the M&T Parties"), through their respective counsel of record, that

(1) AIB's claims against Citibank in the above-captioned action, (2) Citibank's counterclaims

against AIB in the above-captioned action, and (3) Citibank's third-party claims against the

M&T Parties in the above-captioned action are hereby dismissed on the merits and in their

entirety with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, without

award of costs, expenses, or attorneys' fees to either party.

Dated: New York, New York
     January 13, 2016

COOLEY LLP

By: _____
     Alan Levine
     Ian Shapiro
     Reed Smith

1114 Avenue of the Americas
New York, New York 10036
Phone: (212) 479-6000

*Attorneys for Plaintiff and Counterclaim
Defendant Allied Irish Banks, p.l.c. and Third-
Party Defendants M&T Bank Corporation and
Manufacturers and Traders Trust Company*

Dated: New York, New York
     January 13, 2016

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: _____
     Brad S. Karp
     Theodore V. Wells, Jr.
     John F. Baughman
     Roberto Finzi

1285 Avenue of the Americas
New York, New York 10019-6064
Phone: (212) 373-3000

*Attorneys for Defendant and Counterclaim and
Third-Party Plaintiff Citibank, N.A.*

SO ORDERED:     _____
     The Honorable Deborah A. Batts
     United States District Judge

Dated: 1/14/16     New York, New York